NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENENTECH, INC., HOFFMANN-LA ROCHE INC., ABBVIE INC.,**
*Appellants*

**v.**

**DR. REDDY'S LABORATORIES, INC.,**
*Cross-Appellant*

---

2024-1046, 2024-1048

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2022-00023.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Genentech, Inc. et al.'s unopposed motion to dismiss Appeal No. 2024-1046 and Dr. Reddy's Laboratories, Inc.'s unopposed motion to dismiss Appeal No. 2024-1048 pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs,

2           GENENTECH, INC. v. DR. REDDY'S LABORATORIES, INC.

IT IS ORDERED THAT:

(1) The motions are granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 30, 2025
        Date

ISSUED AS A MANDATE: January 30, 2025